UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JASON MERRITT, et al.,

      Plaintiffs,                                      Case No:  20-cv-11369
                                                              Hon. Matthew F. Leitman

v.

JENNIFER LYNN SUMBERA, et al.,

      Defendants.
_____/

**<u>ORDER FOR APPROVAL OF SETTLEMENT AND
DISTRIBUTION OF SETTLEMENT PROCEEDS</u>**

NOW COMES Jason Merritt, Samantha Merritt, individually and as Next Friend of minor child, L.M. having moved pursuant to MCL 700.5423(2)(u), for approval of the settlement of the personal injury claim, and for authority to distribute the proceeds from the settlement, and the Court having taken testimony being otherwise advised in the premises, and the parties stipulating as follows:

      1.      Defendants have offered to settle and compromise this action for the personal injuries relating to minor child L.M., and for the individual claims filed by parents of L.M., Jason Merritt and Samantha Merritt, for a total sum of Seventy-Five Thousand Dollars ($75,000.00), the plaintiffs, Jason Merritt and Samantha Merritt, individually and as Next Friend of minor child, L.M., has accepted the offer to settle the action against Defendants;

## THE SETTLEMENT IS REASONABLE

2. The proposed settlement with Defendants, in the sum of Seventy-Five Thousand ($75,000.00) Dollars is reasonable and fair in light of all the facts and circumstances of this case.

3. There were a number of issues regarding liability that the Court finds that the sum of Seventy-Five Thousand Hundred ($75,000.00) Dollars is a fair and reasonable settlement.

## ALLOCATION OF NET RECOVERY TO THE PLAINTIFF

4. The parties have agreed to the distribution of the proceeds as follows:

a) $12,713.98 in attorney fees and $12,286.02 in costs from the Defendants, for a total of $25,000.00;

b) $50,000.00 payable to Jason Merritt, Samantha Merritt, Individually and as Next friend of minor child L.M, with each Jason Merritt and Samantha Merritt receiving $22,500.00, and L.M. receiving $5,000.00.

**IT IS HEREBY ORDERED** Plaintiff's motion to approve the settlement is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiffs, Jason Merritt and Samantha Merritt, individually and as Next Friend of minor child, L.M., is hereby ordered and will execute all documents necessary to effectuate the settlement of Plaintiffs' claim, including the release agreement and settlement documents, and the Order of Dismissal as to all claims by the parties, as required by the Defendants.

**IT IS FURTHER ORDERED** the settlement proceeds shall be disbursed as set forth above.

**IT IS FURTHER ORDERED** that this matter is dismissed in its entirety as to all parties, with prejudice and without costs to any party.

**IT IS FURTHER ORDERED** that this order disposes of the last pending claim and closes the case.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 29, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 29, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126